

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-30-2007

# Purveegiin v. USCA Third Cir

Precedential or Non-Precedential: Non-Precedential

Docket No. 06-4686

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Purveegiin v. USCA Third Cir" (2007). *2007 Decisions.* Paper 1179.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/1179

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

CLD-177                                                          NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 06-4686
_____

BATSAIHAN PURVEEGIIN,

Appellant

v.

USCA 3RD CIRCUIT COURTS, Corrupt Administratives;
MARCIA M. WALDRON, USCA 3RD Cir. Court; LYNN LOPEZ,
USCA 3RD Cir. Legal Aid; BRADFORD BALDUS, USCA 3RD Cir.
Legal Aid; USCA 3RD CIR. CLERK ADMINISTRATION,
USCA 3RD Cir. Clerks Office
_____

On Appeal From the United States District Court
For the Eastern District of Pennsylvania
(D.C. Civ. No. 06-04580)
District Judge: Honorable John P. Fullam
_____

Submitted For Possible Dismissal Under 28 U.S.C. § 1915(e)(2)(B)
March 29, 2007

BEFORE: RENDELL, SMITH and JORDAN, CIRCUIT JUDGES

(Filed April 30, 2007)

_____

OPINION
_____

PER CURIAM

Batsaihan Purveegiin, representing himself, sued this Court, or at least its "corrupt administratives" and "administration," as well as members of the Court's staff. In his complaint, Purveegiin expressed dissatisfaction with how pending appeals were being handled. He took issue with an instruction that he communicate in writing with this Court in lieu of expressing his concerns in abusive telephone calls. Also, as the District Court accurately and diplomatically summarized, Purveegiin alleged that his counsel in another case had seduced, or been seduced by, Court personnel.

The District Court denied Purveegiin's request to proceed in forma pauperis and dismissed Purveegiin's complaint as legally frivolous. Purveegiin appeals and requests appointment of counsel. Also, in a "motion to strike," he moves to quash the appearance of Appellees' counsel, arguing, among other things, that Appellees' counsel unlawfully colluded with Purveegiin's former counsel and seduced, or was seduced by, a district court judge.

As the District Court acknowledged, Purveegiin was entitled to proceed in forma pauperis, as he was absolutely without assets. However, Purveegiin's complaint, full of baseless complaints and not without malice, could not proceed. The District Court properly dismissed it as meritless.[1] Purveegiin's appeal is likewise without merit in fact or law. Accordingly, we will dismiss Purveegiin's appeal pursuant to 28 U.S.C.

---

[1]Furthermore, to the extent that Purveegiin requested that the District Court superintend the activities of this Court, the District Court was without jurisdiction to proceed, as the District Court noted.

2

§ 1915(e)(2)(B)(i) and deny his motion for appointment of counsel.  Without dallying

with the spurious accusations in his "motion to strike," we deny that motion as well.